JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

PETER FAKHRY ZARIEF
KAMEL, et al,

      Petitioner,

      v.

ERNESTO SANTACRUZ JR., et al,

      Respondents.

No. 5:26-cv-03481-BFM

**JUDGMENT**

On July 2, 2026, the Court issued an order granting the petition and ordered Petitioner Peter Fakhry Zarief Kamel (A# 226-145-279) to be immediately released on the conditions of supervision previously imposed. (ECF 10 at 9.) The Court directed Petitioner to notify the Court if his release was delayed for any reason. (ECF 10 at 9.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count Two. The Clerk of Court is directed to close this case.

DATED: ___JULY 10, 2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2